# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:11-CR-00020-RLH-PAL |
| IRMA COWARD, | ) ) | |
| Defendant. | ) ) | **ORDER** |

On January 24, 2011, the Federal Public Defender was appointed to represent Irma Coward. The court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that Travis E. Shetler, Esq. is APPOINTED as counsel for Irma Coward in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Shetler forthwith.

DATED this  31st  day of January, 2011.
Nunc Pro Tunc: January 28, 2011.

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE